## STATE OF CONNECTICUT *v.* JON A. BARAN

*Jon A. Baran,* pro se, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided March 8, 2000

## HERMA STRIBULA *v.* JOZEF KUBACKA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 906 (AC 19306), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*James D. Hirschfield,* in support of the petition.

*John F. Lambert,* in opposition.

Decided March 8, 2000

## STATE OF CONNECTICUT *v.* MICHAEL E. ROBICHAUD, JR.

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 907 (AC 18679), is denied.